| | |
|---|---|
| JOHN R. CARTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>CAROLYN W. COLVIN, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | **JUDGMENT**<br><br>No. 5:12-CV-736-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings and the memorandum and recommendation entered by the United States Magistrate Judge, to which no objections were filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 31, 2014, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. The final decision of the defendant is vacated and the matter is remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on January 31, 2014, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Robert K. Crowe (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| January 31, 2014 | JULIE A. RICHARDS, CLERK<br>  /s/ Christa N. Baker<br>(By) Christa N. Baker, Deputy Clerk |